JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>          V.<br><br>300,901 TETHER VIRTUAL CURRENCY,<br><br>        DEFENDANT.<br>_____<br>SHIXUAN CAI,<br><br>        CLAIMANT. | No. CV 20-9714-CAS(JPRx)<br><br>**CONSENT JUDGMENT** |

    Plaintiff, the United States of America (the "government"), and Shixuan Cai, by and through his counsel of record, have stipulated and requested that the Court enter this consent judgment for forfeiture to carry into effect the terms of the stipulation as to the defendant in this action, namely 300,901 in Tether virtual Currency (the "Defendant Funds"), which is dispositive of this action.

1    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

2.   1.   The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimant, no other claims have been filed, and the time for filing claims has expired. This Court has jurisdiction over the parties and the Defendant Funds.

3.   2.   The government has agreed to the return of the Defendant Funds. Any potential claimants to the Defendant Funds other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant.

4.   3.   The government shall return the Defendant Funds, without interest, to Claimant through his counsel.

5.   4.   Upon request from the government, Claimant, through his counsel, shall provide the necessary account information to complete the transfer of the Defendant Funds.

//
//
//

    5. Each of the parties shall bear its own fees and costs incurred in connection with the Defendant Funds.

    IT IS SO ORDERED.

Dated: January 14, 2021

_____
THE HONORABLE CHRISTINA A. SNYDER UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

    /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA